NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Robert Patrick Sticht (SBN 138586)
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington DC 20024
Tel: 202-646-5172
rsticht@judicialwatch.org

CLEAR FORM

ATTORNEY(S) FOR:  Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Concerned Jewish Parents and Teachers of Los Angeles, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:22-cv-03243-FMO(PVC) |
| v. | |
| Liberated Ethnic Studies Model Curriculum Consortium, et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for        Plaintiffs Concerned Jewish Parents and Teachers of Los Angeles, et al.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

|                **PARTY**                |        **CONNECTION / INTEREST**        |
|---|---|
| None known at the present time. | |

March 13, 2022

Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs