IRA L. GOTTLIEB (SBN 103236)
LISA C. DEMIDOVICH (SBN 245836)
ADAM KORNETSKY (SBN 336919)
BUSH GOTTLIEB
A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone:  (818) 973-3200
Facsimile:  (818) 973-3201

Attorneys for United Teachers of Los Angeles and Cecily Myart-Cruz, erroneously sued as CECILI MYART-CRUZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONCERNED JEWISH PARENTS AND TEACHERS OF LOS ANGELES, JOHN DOE, AND JANE DOES 1-5,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERATED ETHNIC STUDIES MODEL CURRICULUM CONSORTIUM; UNITED TEACHERS OF LOS ANGELES; CECILI MYART-CRUZ, THERESA MONTANO, AND GUADALUPE CARRASCO CARDONA, in their individual and official capacities as public employees; AND DOES 1-10,<br><br>Defendants. | CASE NO. 2:22-cv-03243-FMO (PVCx)<br><br>**ORDER GRANTING STIPULATION FOR FILING CORRECTED COMPLAINT AND TRANSMITTING WAIVER FORMS**<br><br>**Judge:  Hon. Fernando M. Olguin** |

Good cause appearing therefor, IT IS HEREBY ORDERED the Parties' Stipulation for Filing Corrected Complaint and Transmitting Waiver Forms [Dkt. 35] is approved by the Court and is so ordered.

Dated: June 28, 2022                                         /s/
                                                  Hon. Fernando M. Olguin
                                                  Judge, United States District Court