UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONCERNED JEWISH PARENTS AND TEACHERS OF LOS ANGELES, JOHN DOE, AND JANE DOES 1-5,<br><br>        Plaintiffs,<br><br>  vs.<br><br>LIBERATED ETHNIC STUDIES MODEL CURRICULUM CONSORTIUM; UNITED TEACHERS LOS ANGELES; CECILY MYART-CRUZ, THERESA MONTANO, AND GUADALUPE CARRASCO CARDONA, in their individual and official capacities as public employees; AND DOES 1-10,<br><br>        Defendants,<br><br>  and<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>        Nominal Defendant. | **CASE NO. 2:22-cv-03243-FMO-PVC**<br><br>**ORDER PERMITTING OVERSIZED REPLY BRIEF OF UTLA DEFENDANTS** |

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

Defendants United Teachers Los Angeles and Cecily Myart-Cruz (collectively, "UTLA Defendants") applied ex parte on December 20, 2022 for an order permitting them to file their oversized Reply In Support Of Motion to Dismiss Second Amended Complaint and Special Motion to Strike, originally filed on December 16, 2022.  After considering the moving and opposing papers and all other matters of which the Court may take judicial notice, arguments of counsel, and all other matters presented to the Court, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

The Court **GRANTS** UTLA Defendants' Application for the following reasons:

1. The Reply is in support of two separate motions and responds to an oversized, combined Opposition that opposed two separate motions. Because there are overlapping issues, it is easier for the Court and the Parties to have a single brief to reference rather than two separate shorter briefs.

2. The Reply is only 255 words longer than the 7,000-word limit.

2. None of the parties opposed the Application.

Good cause appearing therefore, **IT IS ORDERED** that UTLA Defendants are permitted to file their 7,255 word Reply filed on December 16, 2022.

DATED: December 21, 2022

By:    /s/
      Honorable Fernando M. Olguin
      United States District Judge