LORI LOWENTHAL MARCUS
*Admitted pro hac vice*
Email: lorilowenthalmarcus@deborahproject.org
JEROME M. MARCUS
*Admitted pro hac vice*
Email: jmarcus@marcuslaw.us
THE DEBORAH PROJECT
P.O. Box 212
Merion Station, PA 19066
Telephone: (610) 664-1184
ROBERT PATRICK STICHT (SBN 138586)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: rsticht@judicialwatch.org
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONCERNED JEWISH PARENTS AND TEACHERS OF LOS ANGELES, JOHN DOE, AND JANE DOES 1-5,<br><br>    Plaintiffs,<br><br>    vs.<br><br>LIBERATED ETHNIC STUDIES MODEL CURRICULUM CONSORTIUM; UNITED TEACHERS OF LOS ANGELES; CECILY MYART-CRUZ, THERESA MONTANO, AND GUADALUPE CARRASCO CARDONA, in their individual and official capacities as public employees; AND DOES 1-10,<br><br>    Defendants, | **CASE NO. 2:22-cv-03243 FMO (PVCx)**<br><br>**ORDER ON STIPULATION [117]** |

Case No. 2:22-cv-03243

Order on Stipulation [117]

and

LOS ANGELES UNIFIED SCHOOL DISTRICT

       Nominal Defendant.

WHEREAS this Court has dismissed Plaintiffs' Complaint without prejudice, and ordered that, if they wish to file a Second Amended Complaint Plaintiffs may do so by October 2, 2023, publicly identifying the Plaintiffs; and

WHEREAS this Court directed that Defendants respond to the Second Amended Complaint by October 16, 2023; and

WHEREAS this Court directed that in the event Defendants wish to file another motion to dismiss, counsel for the parties meet on October 10, 2023, or at another time if agreed upon by the parties, to discuss Defendants' motion; and

WHEREAS Plaintiffs have advised Defendants that they will be filing such a Second Amended Complaint, identifying Plaintiffs publicly and adding allegations regarding them, and otherwise revising the pleading so that it is not identical to the pleading that was dismissed.

NOW THEREFORE it is hereby ORDERED that

- Plaintiffs shall file their Second Amended Complaint by October 16, 2023;
- Defendants shall move, answer or otherwise plead to that Second Amended Complaint on or before November 13; and

1    -   In the event Defendants wish to file another motion to dismiss, then counsel for the parties shall, on November 7, 2023, at 10:00 a.m., meet and confer in person, via video, or telephonically to discuss Defendants' motion. Counsel may agree to meet and confer at another time without seeking court approval for such an agreement.

IT IS SO ORDERED.

DATED:   October 2, 2023

                                              /s/
                                  Hon. Honorable Fernando M. Olguin
                                  U.S. DISTRICT JUDGE