LORI LOWENTHAL MARCUS (Pro Hac Vice)
JEROME M. MARCUS (Pro Hac Vice)
THE DEBORAH PROJECT
P.O. Box 212
Merion Station, PA 19066
Telephone: (610) 664-1184
lorilowenthalmarcus@deborahproject.org
jmarcus@marcuslaw.us

ROBERT PATRICK STICHT (SBN 138586)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: rsticht@judicialwatch.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONCERNED JEWISH PARENTS AND TEACHERS OF LOS ANGELES, AMY LESERMAN, LINDSEY KOHN, DANNA ROSENTHAL, AND DANIEL ELI,<br><br>Plaintiffs,<br>v.<br><br>LIBERATED ETHNIC STUDIES MODEL CURRICULUM CONSORTIUM; UNITED TEACHERS OF LOS ANGELES; CECILY MYART-CRUZ, THERESA MONTANO, AND GUADALUPE CARRASCO CARDONA, in their individual and official capacities as public employees; AND DOES 1-10,<br><br>Defendants,<br><br>and<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>Nominal Defendant. | Case No. 2:22-cv-03243-FMO(PVCx)<br><br>**STIPULATION FOR MOVING HEARING DATE ON PENDING MOTIONS** |

The parties hereby stipulate as follows:

WHEREAS, on the Court's own motion on February 6, 2024 (Dkt. No. 136), the pending motions to dismiss/strike (Dkt. Nos. 121, 122, 123, 124, and 125) have been reset for hearing on April 25, 2024;

WHEREAS, April 25, 2024 falls during the Jewish holiday Passover (April 22 – April 30), and for that reason Plaintiffs' lead trial counsel cannot travel to Los Angeles for the hearing on that day;

WHEREAS, lead counsel for Nominal Defendant Los Angeles Unified School District is amenable to having the date moved based on difficulty attending because of Passover;

WHEREAS, lead counsel for Defendants United Teachers of Los Angeles and Cecily Myart-Cruz is available the week of April 15 or alternatively the week of May 13, 2024;

WHEREAS, lead counsel for Defendants Theresa Montaño, Guadalupe Carrasco Cardona, and Liberated Ethnic Studies Model Curriculum Consortium is available the week of May 13, 2024;

WHEREAS, moving the hearing to the week of May 13, 2024 is agreeable to all parties given the Passover holiday;

**THEREFORE**, the parties agree and stipulate and jointly move that the April 25, 2024 hearing on the pending motions to dismiss/strike be reset for hearing on Thursday, May 16, 2024, or such later date as the Court's calendar may accommodate.

Dated:  February 11, 2024         THE DEBORAH PROJECT

                                  By:   */s/ Lori Lowenthal Marcus*
                                        LORI LOWENTHAL MARCUS

                                  By:   */s/ Jerome M. Marcus*
                                        JEROME M. MARCUS

|   |   |   |
|---|---|---|
|   |   | JUDICIAL WATCH, INC. |
|   | By: | /s/ Robert Patrick Sticht. |
|   |   | ROBERT PATRICK STICHT |
|   |   | Attorneys for Plaintiffs |

DATED: February 11, 2024    BUSH GOTTLIEB, A Law Corporation

By:  /s/
LISA DEMIDOVICH
Attorneys for Defendants United Teachers Los Angeles and Cecily Myart-Cruz

DATED: February 11, 2024    KLEIMAN RAJARAM

By:  /s/
MARK KLEIMAN
Attorneys for Theresa Montano, Guadalupe Cardona, and Liberated Ethnic Studies Model Curriculum Consortium

DATED: February 11, 2024    BDG LAW GROUP

By:  /s/
MICHELE M. GOLDSMITH
Attorneys for Nominal Defendant Los Angeles Unified School District

## SIGNATURE ATTESTATION

I, Robert Patrick Sticht, attest that all other signatures listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

JUDICIAL WATCH, INC.

By:  /s/ Robert Patrick Sticht.
ROBERT PATRICK STICHT
Attorneys for Plaintiffs