LORI LOWENTHAL MARCUS (Pro Hac Vice)
JEROME M. MARCUS (Pro Hac Vice)
THE DEBORAH PROJECT
P.O. Box 212
Merion Station, PA 19066
Telephone: (610) 664-1184
lorilowenthalmarcus@deborahproject.org
jmarcus@marcuslaw.us

ROBERT PATRICK STICHT (SBN 138586)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: rsticht@judicialwatch.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONCERNED JEWISH PARENTS AND TEACHERS OF LOS ANGELES, AMY LESERMAN, LINDSEY KOHN, DANNA ROSENTHAL, AND DANIEL ELI,<br><br>Plaintiffs,<br>v.<br><br>LIBERATED ETHNIC STUDIES MODEL CURRICULUM CONSORTIUM; UNITED TEACHERS OF LOS ANGELES; CECILY MYART-CRUZ, THERESA MONTANO, AND GUADALUPE CARRASCO CARDONA, in their individual and official capacities as public employees; AND DOES 1-10,<br><br>Defendants,<br><br>and<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>Nominal Defendant. | Case No. 2:22-cv-03243-FMO(PVCx)<br><br>**ORDER GRANTING STIPULATION [137] FOR MOVING HEARING DATE ON PENDING MOTIONS**<br><br>**Honorable Fernando M. Olguin** |

The Court has considered the parties' Stipulation for Moving Hearing Date on Pending Motions.  Good cause appearing,

IT IS HEREBY ORDERED:

The Stipulation is GRANTED.  The hearing on April 25, 2024 at 10:00 a.m. (Dkt. No. 136) is vacated.  The pending motions to dismiss/strike (Dkt. Nos. 121, 122, 123, 124, and 125) are reset for hearing on May 16, 2024 at 10:00 a.m.

SO ORDERED.

Dated:  February 12, 2024            _____/s/_____
                                     Hon. Fernando M. Olguin
                                     United States District Judge