**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Concerned Jewish Parents and Teachers of Los Angeles, et al., | CASE NUMBER |
| PLAINTIFF(S) | 2:22-cv-03243 FMO (PVCx) |
| v. | |
| Liberated Ethnic Studies Model Curriculum Consortium, et al., | **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE** |
| DEFENDANT(S). | ☒ FOR DISCOVERY ☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

28 U.S.C. § 455

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

June 10, 2024
_____
Date

_____
United States Magistrate Judge, Pedro V. Castillo

---

**NOTICE TO COUNSEL FROM THE CLERK**

This case has been randomly referred to Magistrate Judge      Charles F. Eick     .
On all documents subsequently filed in this case, please substitute the initials      E      after the case number in place of the initials of the prior judge, so that the case number will read      2:22-cv-03243 FMO(Ex)     . This is very important because the documents are routed to the assigned judges by means of these initials

cc:    *Previous Magistrate Judge*