JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCERNED JEWISH PARENTS AND TEACHERS OF LOS ANGELES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERATED ETHNIC STUDIES MODEL CURRICULUM CONSORTIUM, et al., <br><br> Defendants. | Case No. CV 22-3243 FMO (Ex) <br><br> **JUDGMENT** |

Pursuant to the Order Re: Motion to Dismiss, IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 30th day of November, 2024.

/s/
Fernando M. Olguin
United States District Judge