IRA L. GOTTLIEB (SBN 103236)
MICHAEL E. PLANK (SBN 290943)
ADAM KORNETSKY (SBN 336919)
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Attorneys for United Teachers Los Angeles and Cecily Myart-Cruz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONCERNED JEWISH PARENTS AND TEACHERS OF LOS ANGELES, AMY LESERMAN, LINDSEY KOHN, DANNA ROSENTHAL, AND DANIEL ELI,<br><br>Plaintiffs,<br>vs.<br>LIBERATED ETHNIC STUDIES MODEL CURRICULUM CONSORTIUM; UNITED TEACHERS LOS ANGELES; CECILY MYART-CRUZ, THERESA MONTANO, AND GUADALUPE CARRASCO CARDONA, in their individual and official capacities as public employees; AND DOES 1-10,<br><br>Defendants,<br>and<br>LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>Nominal Defendant. | **CASE NO. 2:22-cv-03243-FMO-PVC**<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE MOTIONS FOR ATTORNEY'S FEES AND COSTS**<br><br>**CURRENT DEADLINE:**<br>**Motion due: 12/16/2024**<br><br>**PROPOSED DEADLINE:**<br>**Motion due: 12/30/2024** |

1237829v2 11250-32004

Case No. 2:22-cv-03243-FMO-PVC

STIPULATION FOR EXTENSION FOR ATTORNEY'S FEES MOTIONS

Plaintiffs CONCERNED JEWISH PARENTS AND TEACHERS LOS ANGELES, AMY LESERMAN, LINDSEY KOHN, DANNA ROSENTHAL, AND DANIEL ELI, and Defendants UNITED TEACHERS LOS ANGELES, CECILY MYART-CRUZ, and LIBERATED ETHNIC STUDIES MODEL CURRICULUM CONSORTIUM, THERESA MONTANO, AND GUADALUPE CARRASCO CARDONA, and LOS ANGELES UNIFIED SCHOOL DISTRICT (collectively, "Parties") hereby stipulate:

**WHEREAS,** on Saturday, November 30, 2024, the Court granted the Special Motion to Strike and Motion to Dismiss filed by United Teachers and Cecily Myart-Cruz, and the Motion to Dismiss and Special Motion to Strike filed by Liberated Ethnic Studies Model Curriculum Consortium, Theresa Montaño, and Guadalupe Carrasco Cardona, and the Motion to Dismiss filed by the Los Angeles Unified School District;

**WHEREAS,** on November 30, 2024, Judgment was entered dismissing this matter with prejudice;

**WHEREAS,** in the absence of any extension, any motions for attorney's fees and costs would be due on December 16, 2024;

**WHEREAS,** the anticipated fees motions encompassing the entire period of this litigation will require substantial preparation time and resources;

**WHEREAS,** the parties and their respective counsel face scheduling challenges due to the advent of the holiday season and certain health-related issues;

**WHEREAS,** in order to best permit the parties to participate in an adequate meet and confer process and for the defendants to prepare their fees motions, the Parties have agreed that an extension of the time to file motions for attorneys' fees and costs would be warranted:

**THEREFORE** it is stipulated by the Parties that the deadline for the submission of any motion for attorney's fees and/or costs by the defendants prevailing on the

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

Special Motions to Strike shall be extended until December 30, 2024.

DATED: December 6, 2024        IRA L. GOTTLIEB
                               MICHAEL E. PLANK
                               ADAM KORNETSKY
                               BUSH GOTTLIEB, A Law Corporation


                               By: __/s/__Adam Kornetsky_____
                                   ADAM KORNETSKY
                               Attorneys for Defendants United Teachers Los Angeles and Cecily Myart-Cruz

DATED: December 6, 2024        KLEIMAN RAJARAM


                               By: ___/s/_Mark A. Kleiman_____
                                   MARK A. KLEIMAN
                               Attorney for Defendants Liberated Ethnic Studies Model Curriculum Consortium, Theresa Montaño, and Guadalupe Carrasco Cardona

DATED: December 6, 2024        THE DEBORAH PROJECT


                               By: __/s/__Jerome M. Marcus_____
                                   JEROME M. MARCUS
                               Attorneys for Plaintiffs Concerned Jewish Parents and Teachers of Los Angeles, Amy Leserman, Lindsay Kohn, Danna Rosenthal, and Daniel Eli

DATED: December 6, 2024        BDG Law Group


                               By: __/s/__Michele Goldsmith_____
                                   MICHELE GOLDSMITH
                               Attorneys for Los Angeles Unified School District

# **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Adam Kornetsky, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:   December 6, 2024        BUSH GOTTLIEB, A Law Corporation


By: ____/s/__Adam Kornetsky_____
   ADAM KORNETSKY
   Attorneys for Defendants United Teachers Los Angeles and Cecily Myart-Cruz