IRA L. GOTTLIEB (SBN 103236)
MICHAEL E. PLANK (SBN 290943)
ADAM KORNETSKY (SBN 336919)
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone:  (818) 973-3200
Facsimile:  (818) 973-3201

Attorneys for United Teachers Los Angeles and Cecily Myart-Cruz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONCERNED JEWISH PARENTS AND TEACHERS OF LOS ANGELES, AMY LESERMAN, LINDSEY KOHN, DANNA ROSENTHAL, AND DANIEL ELI<br><br>Plaintiffs,<br>vs.<br>LIBERATED ETHNIC STUDIES MODEL CURRICULUM CONSORTIUM; UNITED TEACHERS LOS ANGELES; CECILY MYART-CRUZ, THERESA MONTANO, AND GUADALUPE CARRASCO CARDONA, in their individual and official capacities as public employees; AND DOES 1-10,<br><br>Defendants,<br>and<br>LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>Nominal Defendant. | **CASE NO. 2:22-cv-03243-FMO-PVC**<br><br>**ORDER GRANTING STIPULATION [147] FOR EXTENSION OF TIME TO FILE MOTIONS FOR ATTORNEY'S FEES AND COSTS** |

1237854v1  11250-32004

ORDER

On December 6, 2024, Plaintiffs' counsel, counsel for Defendants United Teachers Los Angeles and Cecily Myart-Cruz, counsel for Defendants Liberated Ethnic Studies Model Curriculum Consortium, Theresa Montaño, and Guadalupe Carrasco Cardona, and counsel for Los Angeles Unified School District, filed a Stipulation for Extension of Time to File Motions for Attorney's Fees and Costs requesting an extension of the defendants' deadline to file motions for attorney's fees and costs until December 30, 2024, on the following grounds:

1. The Defendants anticipate substantial time will be necessary to prepare their respective motions for fees and costs encompassing the entire litigation period, and they face scheduling challenges due to the advent of the holiday season and health-related issues;

2. In order to best permit the parties to participate in an adequate meet and confer process and for the defendants to prepare their planned fees motions, Parties agreed that an extension of the time to file motions for attorneys' fees and costs would be warranted:

Pursuant to this stipulation and good cause appearing therefor, **IT IS ORDERED** that the deadline for the submission of any motion for attorney's fees and/or costs by the defendants prevailing on the Special Motions to Strike shall be extended until December 30, 2024.

Dated: December 10, 2024

/s/
Hon. Fernando M. Olguin
Judge, United States District Court