1  IRA L. GOTTLIEB (SBN 103236)
2  MICHAEL E. PLANK (SBN 290943)
   ADAM KORNETSKY (SBN 336919)
3  BUSH GOTTLIEB, A Law Corporation
   801 North Brand Boulevard, Suite 950
4  Glendale, California 91203-1260
5  Telephone:  (818) 973-3200
   Facsimile:  (818) 973-3201
6
7  Attorneys for United Teachers Los
   Angeles and Cecily Myart-Cruz
8
9
10              UNITED STATES DISTRICT COURT
11       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
12

| | |
|---|---|
| 13  CONCERNED JEWISH PARENTS AND TEACHERS OF LOS ANGELES, AMY LESERMAN, LINDSEY KOHN, DANNA ROSENTHAL, AND DANIEL ELI | **CASE NO. 2:22-cv-03243-FMO-PVC** |
| Plaintiffs, | **ORDER GRANTING STIPULATION [149] FOR ATTORNEY'S FEES MOTIONS' BRIEFING AND HEARING SCHEDULE** |
| vs. LIBERATED ETHNIC STUDIES MODEL CURRICULUM CONSORTIUM; UNITED TEACHERS LOS ANGELES; CECILY MYART-CRUZ, THERESA MONTANO, AND GUADALUPE CARRASCO CARDONA, in their individual and official capacities as public employees; AND DOES 1-10, | |
| Defendants, and LOS ANGELES UNIFIED SCHOOL DISTRICT, | |
| Nominal Defendant. | |

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

1243490v1  11250-32004

On December 13, 2024, Plaintiffs' counsel, counsel for Defendants United Teachers Los Angeles and Cecily Myart-Cruz, counsel for Defendants Liberated Ethnic Studies Model Curriculum Consortium, Theresa Montaño, and Guadalupe Carrasco Cardona, and counsel for Defendant Los Angeles Unified School District filed a Stipulation for Attorney's Fees Motion's Briefing and Hearing Schedule requesting an extended briefing and hearing schedule for the two attorney's fees motions due December 30, 2024, on the following grounds:

1.  Plaintiffs anticipate substantial time will be necessary to prepare their oppositions to two respective motions for fees and costs encompassing the entire litigation period, and Defendants likewise anticipate substantial time will be necessary to prepare their replies;

2.  In order to best permit Plaintiffs to prepare their oppositions and Defendants to prepare their replies, Parties agree that an extended briefing and hearing schedule is warranted; and

3.  Plaintiffs' counsel is unavailable for an April 17, 2025 hearing due to Passover.

Pursuant to this stipulation and good cause appearing therefor, **IT IS ORDERED** that with respect to the two motions for attorney's fees and costs due on December 30, 2024, the extended briefing and hearing schedule shall be as follows:

• Opposition papers filed by February 14, 2025;

• Reply papers filed by March 31, 2025;

• Hearing to be noticed for April 24, 2025.

Dated:  December  16, 2024                          /s/

                                                    Hon. Fernando M. Olguin
                                                    United States District Judge

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260