Name: Robert Patrick Sticht (SBN 138586)
Address: Judicial Watch, Inc., 425 Third St. SW Suite 800
City, State, Zip: Washington, DC 20024
Phone: (202) 646-5172
Fax: (202) 646-5199
E-Mail: rsticht@judicialwatch.org

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Concerned Jewish Parents and Teachers of Los Angeles, et al.<br><br>PLAINTIFF(S),<br>v.<br>Liberated Ethnic Studies Model Curriculum Consortium, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22-cv-03243-FMO(Ex)<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Concerned Jewish Parents and Teachers of Los Angeles, et al. see attachment hereto _Name of Appellant_ hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
Order Re: Pending Motions 11/30/24 (ECF 145)

☒ Judgment (specify):
Judgment entered 11/30/24 (ECF 146)

☐ Other (specify):

Imposed or Filed on November 30, 2024. Entered on the docket in this action on November 30, 2024.

A copy of said judgment or order is attached hereto.

December 17, 2024
Date

Signature: [signature]
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

## ATTACHMENT TO NOTICE OF APPEAL

*Concerned Jewish Parents and Teachers of Los Angeles, et al. v. Liberated Ethnic Studies Model Curriculum Consortium, et al.*
CACD Case No. 2:22-cv-3243-FMO(Ex)

Plaintiffs appealing to the U.S. Court of Appeals for the Ninth Circuit from the judgment entered on November 30, 2024:

| Plaintiff's Name | Plaintiff's Attorney |
|---|---|
| Concerned Jewish Parents and Teachers of Los Angeles | Lori Lowenthal Marcus (Pro Hac Vice)<br>Jerome M. Marcus (Pro Hac Vice)<br>The Deborah Project<br>P.O. Box 212<br>Merion Station, PA 19066<br>Tel: (610) 664-1184<br>lorilowenthalmarcus@deborahproject.org<br>jmarcus@marcuslaw.us<br><br>Robert Patrick Sticht (SBN 138586)<br>Judicial Watch, Inc.<br>425 Third Street SW, Suite 800<br>Washington, DC 20024<br>Tel: (202) 646-5172<br>Fax: (202) 646-5199<br>rsticht@judicialwatch.org |
| Amy Leserman | Lori Lowenthal Marcus (Pro Hac Vice)<br>Jerome M. Marcus (Pro Hac Vice)<br>(see above for address)<br><br>Robert Patrick Sticht (SBN 138586)<br>(see above for address) |
| Lindsey Kohn | Lori Lowenthal Marcus (Pro Hac Vice)<br>Jerome M. Marcus (Pro Hac Vice)<br>(see above for address)<br><br>Robert Patrick Sticht (SBN 138586)<br>(see above for address) |
| Danna Rosenthal | Lori Lowenthal Marcus (Pro Hac Vice)<br>Jerome M. Marcus (Pro Hac Vice) |

|  |  |
|---|---|
|  | (see above for address) |
|  | Robert Patrick Sticht (SBN 138586)<br>(see above for address) |
| Daniel Eli | Lori Lowenthal Marcus (Pro Hac Vice)<br>Jerome M. Marcus (Pro Hac Vice)<br>(see above for address) |
|  | Robert Patrick Sticht (SBN 138586)<br>(see above for address) |

Defendants to the judgment entered on November 30, 2024:

| **Defendant's Name** | **Defendant's Attorney** |
|---|---|
| Liberated Ethnic Studies Model Curriculum Consortium | Mark A. Kleiman<br>Kleiman Rajaram<br>12121 Wilshire Boulevard, Suite 810<br>Los Angeles, CA 90025<br>Tel: 310-392-5455<br>Fax: 310-306-8491<br>mark@krlaw.us |
| United Teachers of Los Angeles | Adam Isaac Kornetsky<br>Ira Lawrence Gottlieb<br>Michael Eldredge Plank<br>Bush Gottlieb ALC<br>801 North Brand Boulevard Suite 950<br>Glendale, CA 91203<br>818-973-3200<br>Fax: 818-973-3201<br>akornetsky@bushgottlieb.com<br>igottlieb@bushgottlieb.com<br>mplank@bushgottlieb.com |
| Cecily Myart-Cruz | Adam Isaac Kornetsky<br>Ira Lawrence Gottlieb<br>Michael Eldredge Plank<br>(see address above) |
| Theresa Montano | Mark A. Kleiman<br>(see address above) |

- 3 -

| | |
|---|---|
| Guadalupe Carrasco Cardona | Mark A. Kleiman<br>(see address above) |
| Los Angeles Unified School District | Michele M Goldsmith<br>Marina Melikyan<br>BDG Law Group<br>10880 Wilshire Boulevard Suite 1015<br>Los Angeles, CA 90024<br>310-470-6110<br>Fax: 310-474-0931<br>mgoldsmith@bdgfirm.com<br>mmelikyan@bdgfirm.com |