LORI LOWENTHAL MARCUS
*Admitted pro hac vice*
Email: lorilowenthalmarcus@deborahproject.org
JEROME M. MARCUS
*Admitted pro hac vice*
Email: jmarcus@marcuslaw.us
THE DEBORAH PROJECT
P.O. Box 212
Merion Station, PA 19066
Telephone: (610) 664-1184
ROBERT PATRICK STICHT (SBN 138586)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: rsticht@judicialwatch.org
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CONCERNED JEWISH PARENTS AND TEACHERS OF LOS ANGELES, AMY LESERMAN, LINDSEY KOHN, DANNA ROSENTHAL, And DANIEL ELI<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERATED ETHNIC STUDIES MODEL CURRICULUM CONSORTIUM; UNTIRED TEACHERS OF LOS ANGELES; CECILY MYART-CRUZ, THERESA MONTANO, AND GUADALUPE CARRASCO CARDONA, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES AS PUBLIS EMPLOYEES; AND DOES 1,10,<br><br>Defendants,<br><br>and<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>Nominal Defendant. | Case No.: 2:22-cv-03243-FMO(PVCx)<br><br>MOTION TO DEFER ORAL ARGUMENT |

MOTION TO DEFER ORAL ARGUMENT - 1

Plaintiffs respectfully move for an Order deferring oral argument on Defendants' pending motions for award of attorney's fees, now scheduled for argument before this Court on April 24, in light of the pendency of two cases that raise a very high probability that the basis for the motion will be removed.

First, the Ninth Circuit has granted initial en banc hearing before argument in *Gopher Media LLC v. Melone*, No. 24-2626, and then issued a supplemental briefing order directing the parties to brief "(1) whether California's anti-SLAPP statute applies in federal court, and (2) whether the denial of a motion to strike under California's anti-SLAPP statute is immediately appealable under the collateral order doctrine." An initial hearing en banc order with a request to brief issues not even fully briefed previously by the parties is quite unusual and sends a signal that the *en banc* court is considering eliminating the ability of parties to bring anti-SLAPP motions in federal court.

In addition, the U.S. Supreme Court has granted certiorari in *Berk v. Choy*, No. 24-440 to resolve whether a state procedural statute can be applied in federal court where it conflicts with the Federal Rules of Civil Procedure. In particular, the question presented is "Whether a state law providing that a complaint must be dismissed unless it is accompanied by an expert affidavit may be applied in federal court." It seems likely that the Supreme Court will answer that question in the negative, which would be yet another death knell to the use of state anti-SLAPP motions in federal court because such motions also conflict with the federal rules.

Given those two developments, it seems quite likely that the basis for the pending fee motions under California's anti-SLAPP statute will be removed.

MOTION TO DEFER ORAL ARGUMENT - 2

For the foregoing reasons, plaintiffs respectfully move that oral argument on these motions be deferred at least until the Ninth Circuit rules in *Gopher Media.*

If the Court denies this relief, Plaintiffs respectfully request that the Court permit Plaintiffs' counsel to appear for oral argument remotely, via video conference.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place via email sent by Plaintiffs on Monday, April 7, 2025.

April 16, 2025                             Respectfully submitted,

                                           THE DEBORAH PROJECT

                                           By:   /s/ Lori Lowenthal Marcus
                                                 LORI LOWENTHAL MARCUS

                                                 /s/ Jerome M. Marcus
                                                 JEROME M. MARCUS

                                           JUDICIAL WATCH, INC.
                                           By:   ROBERT PATRICK STICHT

                                                   Attorneys for Plaintiffs

MOTION TO DEFER ORAL ARGUMENT - 3