UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-3243 FMO (Ex) | Date | April 21, 2025 |
|---|---|---|---|
| Title | Concerned Jewish Parents and Teachers of Los Angeles, et al. v. Liberated Ethnic Studies Model Curriculum Consortium, et al. | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiffs:   Attorney Present for Defendants:

None Present   None Present

**Proceedings:** (In Chambers) Order Re: Pending Motion

Having reviewed and considered plaintiffs' Motion to Defer Oral Argument (Dkt. 162, "Motion"),[1] IT IS ORDERED THAT:

1. No later than **April 25, 2025**, defendants shall file a response, not to exceed five (5) pages, to the issues raised in plaintiffs' Motion.

2. The hearing on defendants' motions for attorney's fees is continued from April 24, 2025, to **May 1, 2025, at 10:00 a.m**.

                                                                                     00 : 00
                                                                           Initials of Preparer   vdr

---

[1] Plaintiffs failed to notice their Motion for hearing and to meet and confer in compliance with Local Rule 7-3.  Plaintiffs are admonished that they must comply with the Local Rules and the Court's Standing Order.