UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCERNED JEWISH PARENTS AND TEACHERS OF LOS ANGELES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERATED ETHNIC STUDIES MODEL CURRICULUM CONSORTIUM, et al., <br><br> Defendants. | Case No. CV 22-3243 FMO (Ex) <br><br><br> **JUDGMENT RE: ATTORNEY'S FEES AND COSTS** |

Pursuant to the Court's Order Re: Motion for Attorney's Fees, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the UTLA defendants shall recover $348,594.50 in attorney's fees and $438.60 in costs from plaintiffs, and the Consortium defendants shall recover $248,102 in attorney's fees from plaintiffs.

Dated this 23rd day of May, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　United States District Judge