LORI LOWENTHAL MARCUS (Pro Hac Vice)
JEROME M. MARCUS (Pro Hac Vice)
THE DEBORAH PROJECT
P.O. Box 212
Merion Station, PA 19066
Telephone: (610) 664-1184
lorilowenthalmarcus@deborahproject.org
jmarcus@marcuslaw.us

ROBERT PATRICK STICHT (SBN 138586)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: rsticht@judicialwatch.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

CONCERNED JEWISH PARENTS AND TEACHERS OF LOS ANGELES, AMY LESERMAN, LINDSEY KOHN, DANNA ROSENTHAL, AND DANIEL ELI,

Plaintiffs,

v.

LIBERATED ETHNIC STUDIES MODEL CURRICULUM CONSORTIUM; UNITED TEACHERS OF LOS ANGELES; CECILY MYART-CRUZ, THERESA MONTANO, AND GUADALUPE CARRASCO CARDONA, in their individual and official capacities as public employees; AND DOES 1-10,

Defendants,

and

LOS ANGELES UNIFIED SCHOOL DISTRICT,

Nominal Defendant.

Case No. 2:22-cv-03243-FMO-E

**PLAINTIFFS' UNOPPOSED MOTION TO RESET DEADLINES**

Judge: Hon. Fernando M. Olguin

With the consent of all Defendants, Plaintiffs hereby move this Court for an Order resetting the deadlines in this case for Plaintiffs to Amend the Complaint and for Defendants to move, answer or otherwise plead thereto. The dates upon which the parties have agreed are as follows:

Plaintiffs to Amend the Complaint by November 12, 2026

Defendants to respond to the Amended Complaint by December 14, 2026;

The parties to meet and confer regarding any Motion to Dismiss by December 7, 2026.

As Exhibits A and B to this Motion demonstrate, all Defendants have agreed to these deadlines.[1]

A proposed Order is attached.

[1]Plaintiffs proposed to Defendants that the parties address these issues by stipulation, and counsel for the non-School District Defendants requested that Plaintiffs provide a draft stipulation. Plaintiffs sent that draft stipulation, with these deadlines to all Defendants on October 16, and requested any comments from Defense counsel. See Exhibit C. Since then, Plaintiffs' counsel has sent multiple requests for any comment on the draft. See Exhibits D and E. No Defendant has responded to these requests. As all parties had agreed in writing to these deadlines, and as today is the last business day before the current deadline for Plaintiffs to amend, Plaintiffs are filing this as an unopposed motion rather than as a stipulation.

Dated: October 23, 2026

Respectfully submitted,

**THE DEBORAH PROJECT**

By: /s/ Lori Lowenthal Marcus
LORI LOWENTHAL MARCUS

/s/ Jerome M. Marcus
JEROME M. MARCUS

**JUDICIAL WATCH, INC.**

By: /s/ Robert Patrick Sticht
ROBERT PATRICK STICHT

*Attorneys for Plaintiffs*