LORI LOWENTHAL MARCUS
*Admitted pro hac vice*
Email: lorilowenthalmarcus@deborahproject.org
JEROME M. MARCUS
*Admitted pro hac vice*
Email: jmarcus@marcuslaw.us
THE DEBORAH PROJECT
P.O. Box 212
Merion Station, PA 19066
Telephone: (610) 664-1184
ROBERT PATRICK STICHT (SBN 138586)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Fax: (202) 646-5199
Email: rsticht@judicialwatch.org
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CONCERNED JEWISH PARENTS AND TEACHERS OF LOS ANGELES, JOHN DOE, AND JANE DOES 1-5,

Plaintiffs,

vs.

LIBERATED ETHNIC STUDIES MODEL CURRICULUM CONSORTIUM; UNITED TEACHERS OF LOS ANGELES; CECILI MYART-CRUZ, THERESA MONTANO, AND GUADALUPE CARRASCO CARDONA, in their individual and official capacities as public employees; AND DOES 1-10,

Defendants.

**CASE NO. 2:22-cv-03243 FMO (Ex)**

**ORDER ON STIPULATION [182] FOR FILING FOURTH AMENDED COMPLAINT AND RESPONSES THERETO**

The Court, having considered the parties' Stipulation for Filing Fourth Amended Complaint and Responses Thereto, and good cause appearing therefor, hereby ORDERS as follows:

1. Plaintiffs shall file their Fourth Amended Complaint on or before November 12, 2026.

2. Defendants shall move, answer, or otherwise plead in response to the Fourth Amended Complaint on or before December 14, 2026.

3. If Defendants intend to move to dismiss or to strike all or portions of the Fourth Amended Complaint, the parties shall meet and confer regarding that motion by December 7, 2026.

4. Counsel are expected to strictly comply with the court's standing orders and the Local Rules governing motions (e.g., L.R. 7-3). The failure of any party or attorney to comply with these requirements may result in sanctions being imposed, including denial of the motion.

5. Plaintiffs' Unopposed Motion to Reset Deadlines **(Document No. 181)** is **denied as moot**.

**IT IS SO ORDERED.**

Dated: __October 27, 2026_________________ /s/ ________________________-___________

HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE